**Order entered May 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00409-CV

## IN RE BEST INTEREST AND PROTECTION OF E.P., Relator

**Original Proceeding from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. MI-20-00463**

## ORDER

Before Chief Justice Burns and Justices Molberg and Evans

Based on the Court's opinion of this date, we **DENY** relator's March 30, 2020 petition for writ of habeas corpus.

/s/      DAVID EVANS
           JUSTICE